# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3747
_____

BERNARD PARKS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Michael C. Overstreet, Judge.

November 30, 2018

PER CURIAM.

AFFIRMED. *See Weidner v. State*, 767 So. 2d 604 (Fla. 4th DCA 2000) (affirming denial of untimely rule 3.170(*l*) motion without prejudice to the appellant's right to seek relief under rule 3.850).

RAY, KELSEY, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Bernard Parks, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.